IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIENE D. DAVIS, ET AL.,                    No. CIV-S-05-1723 MCE/GGH PS

      Plaintiffs,

   v.                                         ORDER

STATE OF CALIFORNIA, ET AL.,

      Defendants.
_____/

    On September 8, 2005, the magistrate judge filed findings
and recommendations herein which were served on the parties and
which contained notice that any objections to the findings and
recommendations were to be filed within ten days.  Plaintiffs
filed objections on September 19, 2005, and they were considered
by the district judge.

///

///

///

///

1

1   This court reviews de novo those portions of the proposed

2   findings of fact to which objection has been made.  28 U.S.C. §

3   636(b)(1); McDonnell Douglas Corp. v. Commodore Business

4   Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455

5   U.S. 920 (1982).  As to any portion of the proposed findings of

6   fact to which no objection has been made, the court assumes its

7   correctness and decides the motions on the applicable law.  See

8   Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The

9   magistrate judge's conclusions of law are

10  reviewed de novo.  See Britt v. Simi Valley Unified School Dist.,

11  708 F.2d 452, 454 (9th Cir. 1983).

12      The court has reviewed the applicable legal standards and,

13  good cause appearing, concludes that it is appropriate to adopt

14  the Proposed Findings and Recommendations in full.  Accordingly,

15  IT IS ORDERED that:

16      1.  The Proposed Findings and Recommendations filed

17  September 8, 2005, are ADOPTED; and

18      2.  Plaintiffs' request for a temporary restraining order,

19  filed August 25, 2005, is denied.

20  DATED: September 28, 2005

21

22

23  _____
    MORRISON C. ENGLAND, JR
24  UNITED STATES DISTRICT JUDGE

25

26

2